**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MELISSA SANTORO, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2020

19 CIVIL 9782 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 9, 2020, Defendant's motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

      November 10, 2020

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**
                BY:

                                        **Deputy Clerk**